IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASS.

UNITED STATES OF AMERICA,
          Respondent,

v.                                      no.:

JACK ERVAN III, pro se ,
          Petitioner,
                                  05-40101.RCL
_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

    **NOW COMES**, Petitioner Jack Ervan III, pro se, and on behalf of himself. Respectfully, moves this Honorable Court, to allow petitioner to proceed <u>in forma pauperis</u>, as Petitioner Ervan is without such funds to pay for filing fee(s). In support thereof, he states the following:

A)    Mr. Ervan is 26 years old, and is currently serving a twenty year sentence in the Federal Bureau of Prisons, F.M.C., Devens. In that , he have been incarcerated for nearly six years to date.

B)    Mr. ERvan do not own any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets.

C)    Mr. Ervan is totally dependant upon his family for the support thereof, and that Mr.Ervan has an institutional job in the kitchen, in which, he will receive $6.85 this month.

    **Whereas**, in support of the above references, Mr. ERvan have attached an financial statement of Mr. Ervan's institutional account balance's for the required (6) months. Respectfully, prepared by his case manager here at Devens, F.M.C.

    Dated: June 21, 2005

                                        Respectfully Submitted:
                                  /s/ Jack Ervan III
                                  Jack Ervan III, pro se
                                  Federal Medical Center
                                  Box 879
                                  Ayer, Ma. 01432
                                  # 12048-424

cc: clerk

# Inmate Statement

| Inmate Reg #: | 12018424 | Current Institution: | Devens FMC |
| Inmate Name: | ERVAN, JACK | Housing Unit: | J SOMP |
| Report Date: | 06/20/2005 | Living Quarters: | J02-209U |
| Report Time: | 2:58:52 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/19/2005 9:38:59 PM | ITS0619 | | | ITS Withdrawal | ($15.00) | | $0.70 |
| DEV | 6/18/2005 2:40:03 PM | ITS0618 | | | ITS Withdrawal | ($5.00) | | $15.70 |
| DEV | 6/16/2005 5:52:51 PM | ITS0616 | | | ITS Withdrawal | ($6.00) | | $20.70 |
| DEV | 6/16/2005 11:10:39 AM | 3 | | | Sales | ($34.05) | | $26.70 |
| DEV | 6/12/2005 7:35:20 PM | ITS0612 | | | ITS Withdrawal | ($5.00) | | $60.75 |
| DEV | 6/12/2005 2:32:47 PM | ITS0612 | | | ITS Withdrawal | ($5.00) | | $65.75 |
| DEV | 6/11/2005 5:33:46 PM | ITS0611 | | | ITS Withdrawal | ($5.00) | | $70.75 |
| DEV | 6/11/2005 4:27:33 PM | ITS0611 | | | ITS Withdrawal | ($5.00) | | $75.75 |
| DEV | 6/9/2005 11:13:48 PM | ITS0609 | | | ITS Withdrawal | ($6.00) | | $80.75 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $6.60 | | $86.75 |
| DEV | 6/3/2005 7:13:21 PM | ITS0603 | | | ITS Withdrawal | ($10.00) | | $80.15 |
| DEV | 6/2/2005 1:14:21 PM | 41 | | | Sales | ($30.70) | | $90.15 |
| DEV | 5/31/2005 5:26:42 PM | ITS0531 | | | ITS Withdrawal | ($14.00) | | $120.85 |
| DEV | 5/26/2005 9:06:19 PM | 33316805 | | | Western Union | $100.00 | | $134.85 |
| DEV | 5/26/2005 5:20:59 PM | ITS0526 | | | ITS Withdrawal | ($2.00) | | $34.85 |
| DEV | 5/25/2005 11:06:00 AM | 1 | | | Sales | ($56.30) | | $36.85 |
| DEV | 5/24/2005 7:27:29 PM | ITS0524 | | | ITS Withdrawal | ($2.00) | | $93.15 |
| DEV | 5/23/2005 4:36:38 PM | ITS0523 | | | ITS Withdrawal | ($5.00) | | $95.15 |
| DEV | 5/23/2005 11:07:05 AM | 33316505 | | | Western Union | $100.00 | | $100.15 |
| DEV | 5/6/2005 7:51:43 PM | ITS0506 | | | ITS Withdrawal | ($10.00) | | $0.15 |
| DEV | 5/3/2005 10:29:02 PM | ITS0503 | | | ITS Withdrawal | ($10.00) | | $10.15 |
| DEV | 5/2/2005 7:52:06 PM | ITS0502 | | | ITS Withdrawal | ($5.00) | | $20.15 |
| DEV | 5/1/2005 8:37:34 PM | ITS0501 | | | ITS Withdrawal | ($5.00) | | $25.15 |
| DEV | 4/28/2005 7:21:47 PM | ITS0428 | | | ITS Withdrawal | ($4.00) | | $30.15 |
| DEV | 4/28/2005 11:42:59 AM | 18 | | | Sales | ($85.95) | | $34.15 |
| DEV | 4/26/2005 7:15:14 PM | ITS0426 | | | ITS Withdrawal | ($10.00) | | $120.10 |
| DEV | 4/25/2005 7:30:29 PM | ITS0425 | | | ITS Withdrawal | ($5.00) | | $130.10 |
| DEV | 4/24/2005 8:16:08 PM | ITS0424 | | | ITS Withdrawal | ($5.00) | | $135.10 |
| DEV | 4/22/2005 10:20:16 PM | ITS0422 | | | ITS Withdrawal | ($10.00) | | $140.10 |
| DEV | 4/20/2005 9:25:04 PM | ITS0420 | | | ITS Withdrawal | ($5.00) | | $150.10 |
| DEV | 4/20/2005 3:06:38 PM | 33314205 | | | Western Union | $100.00 | | $155.10 |
| DEV | 4/19/2005 8:33:37 PM | ITS0419 | | | ITS Withdrawal | ($5.00) | | $55.10 |
| DEV | 4/18/2005 7:44:19 PM | ITS0418 | | | ITS Withdrawal | ($9.00) | | $60.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 4/18/2005 11:34:43 AM | 11 | | Sales | ($161.20) | $69.10 |
| DEV | 4/16/2005 7:30:16 PM | ITS0416 | | ITS Withdrawal | ($5.00) | $230.30 |
| DEV | 4/16/2005 12:33:04 PM | ITS0416 | | ITS Withdrawal | ($5.00) | $235.30 |
| DEV | 4/15/2005 9:06:00 PM | 33313905 | | Western Union | $100.00 | $240.30 |
| DEV | 4/15/2005 3:48:26 AM | TX041505 | | Transfer - In from TRUFACS | $140.30 | $140.30 |

1

**Total Transactions: 38**

**Totals:** **$0.70** **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $0.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.70 |
| **Totals:** | **$0.70** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.70** |