UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACK ERVAN III,
        Petitioner

v.                C.A. No. 05-40101-RCL

DAVID WINN, WARDEN,
        Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees (#2) is:

☒     GRANTED.

☐     DENIED without prejudice for the following reason(s):


SO ORDERED.

Dated: July 22, 2005

/s/ Reginald C. Lindsay
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE