UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACK ERVAN III,
    Petitioner

v.                                                 C.A. No. 05-40101-RCL

DAVID WINN, WARDEN,
    Respondent.

## O R D E R

On June 24, 2005, Petitioner Jack Ervan III, a prisoner confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241 and an application to proceed without prepayment of fees, which was allowed by this Court.

ACCORDINGLY,

(1) The Clerk shall correct the case caption to reflect that the only respondent to this action is David Winn, Warden of FMC Devens, rather than the U.S. District Court of Massachusetts. A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner's legal custodian is the Warden of FMC Devens, the individual having day-to-day control over the facility in which petitioner is being detained. Rumsfeld v. Padilla, --U.S.--, 124 S. Ct. 2711, 2720 (2004); Vasquez v. Reno, 233 F.3d 688, 694 (1st Cir. 2000), cert. denied, sub nom. Vasquez v. Ashcroft, 122 S. Ct. 43 (2001);

(2) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

(3) The Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

Dated: July 22, 2005
                                                  /s/ Reginald C. Lindsay
                                                  REGINALD C. LINDSAY
                                                  UNITED STATES DISTRICT JUDGE