UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK ERVAN, III )<br>     Petitioner )<br>                  )<br>     v.           )<br>                  )<br>DAVID L. WINN, )<br>     Respondent ) | C.A. NO. 05-40101-RCL |

**MOTION FOR EXTENSION OF TIME**

The United States, through the undersigned attorney, respectfully requests that the date for the government to file a response to Petitioner Jack Ervan's self-prepared petition for writ of habeas corpus relief under 28 U.S.C. § 2241 be extended up to and including September 17, 2005  As grounds for this motion, the government states as follows:

1.   On June 21, 2005, Jack Ervan III ("Ervan") filed a 2241 motion with the United States District Court for the District of Massachusetts.  July 22, 2005, Judge Reginald C. Lyndsay issued an order directing the government to file a response within 20 days of receiving the order.  On July 27, 2005, the U.S. Attorney's Office in Boston received Judge Lyndsay's Order along with a copy of the Petitioner's claim, thus making the government's response due on or about August 16, 2005. This matter was assigned to the undersigned prosecutor as duty attorney on July 28, 2005.

2.   The defendant's petition appears to challenge his

underlying federal sentence out of the Western District of Wisconsin following a jury trial.  Though the petition seeks relief under 28 U.S.C. §2241, a cursory review of his filing indicates that it is in effect a request for relief under 28 U.S.C. §2255.  Mr. Ervan's petition alludes to the denial of his claims in a previously filed §2255 motion in the Western District of Wisconsin, and that "certification [for a second or subsequent §2255 petition] is unavailable."  In light of Ervan's claims, it will be necessary to obtain and review the relevant documents from the Western District of Wisconsin Pacer system, and if that is unsuccessful, the undersigned prosecutor will have to request hard copies of these materials.

    3.    The undersigned prosecutor is scheduled to be outside the continental United States on vacation from August 3, 2005 through August 14, 2005.  The undersigned prosecutor recently completed two trials in the following cases: <u>United States v. Lynn Alberico</u>, 02-10243-PBS, a money laundering and tax case tried before Judge Saris, and <u>Commonwealth v. Timothy White</u>, NOCR02-0154 (as a Special Assistant Attorney General), a state trooper charged with the theft of drugs tried before Justice Judith Fabricant in Dedham Superior Court.  The undersigned prosecutor is attempting to complete assignments that are due and outstanding in other cases prior to his departure on August 3, 2005.

4.  The additional time requested is necessary so that the undersigned AUSA will have enough time to obtain the necessary documentation from Wisconsin and to prepare an adequate response to Ervan's Petition.

WHEREFORE, the United States respectfully requests an extension of time for the government to file a response to Robert Stepeney's petition for relief pursuant to 28 U.S.C. § 2241, up to and including September 17, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

               By:  /s/William F. Bloomer
                    WILLIAM F. BLOOMER
                    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

                         Boston, Massachusetts
                         28 July 2005

I, William F. Bloomer, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing, to Jack Ervan III, Federal Bureau of Prisons, Fort Devens/P-2, P.O. Box 879, Ayer, MA 01432, by placing a copy of this motion in the U.S. Postal mail system, first class, prepaid.

                         /s/William F. Bloomer
                         WILLIAM F. BLOOMER
                         Assistant U.S. Attorney