Jack Ervan #12048-424
M.D.C., Brooklyn
80 29th Street
Brooklyn, N.Y. 11232

United States District Court ~~Courts Courts~~
Office of Clerk
U.S. Court House
1 Court House Way, Suite 2300
Boston, Ma. 02210

Date: 8-18-2005

Re: Ervan v. Winn
   CN: 4:05-Cv-40101 (RCL)

Dear Clerk,

   Petitioner Ervan is currently in transit to another institution. Petitioner departed F.M.C., Devens on August 17, 2005 6:30 A.M. — in furtherance, once Petitioner arrive at his new location, Petitioner will immediately contact this honor court with any and all information, containing his new place of confinement.

Sincere,
Jack Ervan
Jack Ervan

cc: Clerk of Court