UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JACK ERVAN, III | ) | |
|     Petitioner | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-40101-RCL |
| | ) | |
| DAVID L. WINN, | ) | |
|     Respondent | ) | |

### SECOND MOTION FOR EXTENSION OF TIME

The United States, through the undersigned attorney, respectfully requests that the date for the government to file a response to Petitioner Jack Ervan's self-prepared petition for writ of habeas corpus relief under 28 U.S.C. § 2241 be extended up to and including October 31, 2005.  As grounds for this motion, the government states as follows:

1.   On June 21, 2005, Jack Ervan III ("Ervan") filed a 2241 motion with the United States District Court for the District of Massachusetts.  July 22, 2005, Judge Reginald C. Lyndsay issued an order directing the government to file a response within 20 days of receiving the order.  On July 27, 2005, the U.S. Attorney's Office in Boston received Judge Lyndsay's Order along with a copy of the Petitioner's claim, thus making the government's response due on or about August 16, 2005.  Upon motion for the government, the court extended the time for responding until September 17, 2005.

2.   The defendant's petition appears to challenge his

underlying federal sentence out of the Western District of Wisconsin following a jury trial.  Though the petition seeks relief under 28 U.S.C. §2241, a cursory review of his filing indicates that it is in effect a request for relief under 28 U.S.C. §2255.  Mr. Ervan's petition alludes to the denial of his claims in a previously filed §2255 motion in the Western District of Wisconsin, and that "certification [for a second or subsequent §2255 petition] is unavailable."  In light of Ervan's claims, the undersigned prosecutor has taken steps to obtain and review the relevant documents from the Western District of Wisconsin Pacer system.

     3.   The undersigned prosecutor recently participated in the initial appearances (and detention hearings) of a six-defendant following a several-month long wiretap investigation.  See United States v. Sophoan Oung et al., No. 05-1120-JGD.  In addition, the undersigned prosecutor was recently re-assigned the 12 defendant wiretap cases in United States v. Julio Santiago, No. 04-10336-NMG, which has several motions to suppress pending.  Finally, the undersigned prosecutor was recently ordered to prepare for an extensive evidentiary hearing on a motion to dismiss alleging outrageous governmental misconduct in United States v. Arlindo Dossantos et al., No 02-10279-DPW.  Because of the undersigned prosecutor's work schedule, the present §2241 petition must be re-assigned to another Assistant U.S. Attorney

in the office.

    4.  The additional time requested is necessary so that the new AUSA will have enough time to review the necessary documentation from Wisconsin and prepare an adequate response to Ervan's Petition.

    WHEREFORE, the United States respectfully requests an extension of time for the government to file a response to Robert Stepeney's petition for relief pursuant to 28 U.S.C. § 2241, up to and including October 31, 2005.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


By:  /s/William F. Bloomer
     WILLIAM F. BLOOMER
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Boston, Massachusetts
19 September 2005

    I, William F. Bloomer, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing, to Jack Ervan III, Federal Bureau of Prisons, Fort Devens/P-2, P.O. Box 879, Ayer, MA 01432, by placing a copy of this motion in the U.S. Postal mail system, first class, prepaid.

 /s/William F. Bloomer
WILLIAM F. BLOOMER
Assistant U.S. Attorney
