

Jack Ervan 12048-4.
F.C.I. Loretto
P.O. Box 1000
Loretto, Pa. 15940

Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Sept. 14, 2005

Dear Clerk,
Re: Ervan v. Winn, 4:05-cv-40101 RC

Petitioner Ervan, has finally arrived c his new distantation. This is a follow up to petiti e's previous letter, addressing his status on trar it

Please, ~~forwarded~~ s forward any and all court orders or documents to the above address

One again, I thank you in advance.

Jack Ervan
Jack Ervan 12048-? 4
Sincerely

cc: clerk