UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK ERVAN, III )<br>    Petitioner  )<br>             )<br>      v.     )<br>             )<br>DAVID L. WINN, )<br>    Respondent )   | C.A. NO. 05-40101-RCL |

**THIRD MOTION FOR EXTENSION OF TIME**

The United States, through the undersigned attorney, respectfully requests that the date for the government to file a response to Petitioner Jack Ervan's self-prepared petition for writ of habeas corpus relief under 28 U.S.C. § 2241 be extended up to and including sixty days.  As grounds for this motion, the government states as follows:

    1.   On June 21, 2005, Jack Ervan III ("Ervan") filed a 2241 motion with the United States District Court for the District of Massachusetts.  July 22, 2005, Judge Reginald C. Lyndsay issued an order directing the government to file a response within 20 days of receiving the order.  On July 27, 2005, the U.S. Attorney's Office in Boston received Judge Lyndsay's Order along with a copy of the Petitioner's claim, thus making the government's response due on or about August 16, 2005.  Upon motion for the government, the court extended the time for responding until September 17, 2005.  The government subsequently filed another request for an extension of time to October 31,

2005. That motion is still pending.

2. The defendant's petition appears to challenge his underlying federal sentence out of the Western District of Wisconsin following a jury trial. Though the petition seeks relief under 28 U.S.C. §2241, a cursory review of his filing indicates that it is in effect a request for relief under 28 U.S.C. §2255. Mr. Ervan's petition alludes to the denial of his claims in a previously filed §2255 motion in the Western District of Wisconsin, and that "certification [for a second or subsequent §2255 petition] is unavailable." In light of Ervan's claims, the undersigned prosecutor has taken steps to obtain relevant documents from the Western District of Wisconsin Pacer system.

3. The undersigned prosecutor recently prepared for an extensive evidentiary hearing on a motion to dismiss alleging outrageous governmental misconduct in United States v. Arlindo Dossantos et al., No 02-10279-DPW, which was followed by an order requiring the government to engage in an extensive examination of the evidence it intends to admit at trial in order to address Katigar/Hubbell issues by November 14, 2005. The undersigned prosecutor also was re-assigned the 12 defendant wiretap cases in United States v. Julio Santiago, No. 04-10336-NMG, and participated in an evidentiary hearing pertaining to a motion to suppress on October 21, 2005, with an additional evidentiary hearing scheduled for November 15, 2005. On this date, the

undersigned prosecutor intends to complete extensive automatic discovery under Local Rule 116 in a six-defendant following a several-month long wiretap investigation.  See United States v. Sophoan Oung et al., No. 05-1120-JGD.  The undersigned prosecutor has additional responsibilities, including preparing for the retrial of Commonwealth v. Timothy White, a state trooper who is charged with stealing more than 25 pounds of cocaine from department custody and assaulting his wife with his service weapon.

    4.  Because of the undersigned prosecutor's work schedule, the present §2241 petition must be re-assigned to another Assistant U.S. Attorney in the office.  This transfer will be effective today, October 28, 2005.  The additional time requested is necessary so that the new AUSA will have enough time to review the necessary documentation from Wisconsin and prepare an adequate response to Ervan's Petition.

    WHEREFORE, the United States respectfully requests an extension of time for the government to file a response to Robert Stepeney's petition for relief pursuant to 28 U.S.C. § 2241, up to and including sixty days.

                                     Respectfully submitted,
                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                             By:  /s/William F. Bloomer
                                    WILLIAM F. BLOOMER
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Boston, Massachusetts
28 October 2005

    I, William F. Bloomer, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing, to Jack Ervan III, Federal Bureau of Prisons, Fort Devens/P-2, P.O. Box 879, Ayer, MA 01432, by placing a copy of this motion in the U.S. Postal mail system, first class, prepaid.

 /s/William F. Bloomer
WILLIAM F. BLOOMER
Assistant U.S. Attorney

-4-