Jack Ervan #12048-424<br>
F.C.I. Loretto<br>
P.O. Box 1000<br>
Loretto, Pa. 15940

United States District Court
Office of the Clerk
1 Courthouse Way, suite 2300
Boston, Ma. 02210

    Re: **Ervan v. Winn, 4:05-cv-40101 - RCL**

    Dear Clerk:

    In regards to Petitioner Ervan's previous letter to the Court's dated: 9/05 addressing his current change from institution's. Due to transit, petitioner mail was held and re-routed from F.M.C., Devens to F.C.I., Loretto. In which, he has recieved (3) three court documents on 11/10/05. Three of the followings:

    1) Second motion by the government for an extension of time, dated on 9/19/05.

    2) The Court's docket sheet, granting the filing of such motion for an extension of time up to 10/31/05 - filed on 9/20/05.

    3) Third motion by the government asking for an extension of time, dated 10/28/05.

    In regards to the latter motion by the government for an extension of time. Petitioner have not, to date, recieved any court order granting such extension of time. Thus, in the third motion by the government dated 10/28/05. The government addressed that this case would be re-assigned to another Attorney, responsibly handle the duties that was sanctioned to the undersigned Attorney, and that a extension of time is appropiate.

    Again, Petitioner, too date, have not recieved any order(s) from the court granting the current motion by the prosecutor. Nor, has petitioner recieved any response to current

petition of Mr. Ervan, by the undersigned or re-assigned AUSA Attorney. Too verify if in fact, the undersigned or re-assigned has complied with the courts order(s) of such due date of 10/31/05, or has defaulted by not complying with such order(s) of the Court.

      Petitioner Ervan, would like to thank this Honorable Court in advance for any and every response if deemed appropiate. May God continue to bless each and everyone of you!

Dated: November 15, 2005

      Sincere;

/s/ *Jack Ervan*
Jack Ervan # 12048-424
Federal Correctional Inst.
P.O. Box 1000
Loretto, Pa. 15940

cc: clerk of court

[2]