```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JACK ERVAN, III                 )
     Petitioner                 )
          v.                    )     C. A. No. 05-40101-RCL
                                )
DAVID L. WINN                   )
     Respondent                 )
```

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              waqar.hasib@usdoj.gov
Date: December 23, 2005       (617) 748-3674
```

CERTIFICATE OF SERVICE

Suffolk, ss.                                   Boston, Massachusetts
                                               December 23, 2005

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendants' counsel by electronic filing.

                                        /s/ S. Waqar Hasib
                                        S. WAQAR HASIB
                                        Assistant U.S. Attorney