UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JACK ERVAN**

**V.**                                    **CIVIL ACTION NO. 05-40101-RCL**

**DAVID WINN**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

      In accordance with the Court's Order of March 16, 2006; Judgment is hereby entered for the defendant, David Winn, dismissing this action for want of jurisdiction.

June 13, 2006                                    /s/ Lisa M. Hourihan
                                                                         Deputy Clerk